AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Uliano

V.

Tilden, et.al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10797 GAO

TO: (Name and address of Defendant)

Marie H. Bissel
316 Sherman Street
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David M. Cohen, Esq.
Bierhans, Delamere & Cohen, LLC
294 Pleasant Street - Suite 204
Stoughton, MA 02072

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   APR 22 2004

≜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | April 30, 2004 |
| NAME OF SERVER *(PRINT)* Jerold S. Loomis | TITLE | Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein.~~  Served with Civil Cover Sheet. 316 Sherman Street Canton, MA

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 3, 2004
                    Date

*Signature of Server*

Jerold S. Loomis
P.O. Box 339
Weymouth, MA   02188
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.