| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| BIERHANS, DELAMERE & COHEN, LLC<br>DAVID M. COHEN, ESQ., 637003<br>294 PLEASANT STREET, SUITE #204<br>STOUGHTON, MA  02072 | (781) 297-0( | |
| ATTORNEY FOR (Name): **PLAINTIFF** | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT- MASSACHUSETTS

MASSACHUSETTS, CA

PLAINTIFF:
MARK ULIANO

DEFENDANT:
MARIE H. BISSEL AND KENNETH J. TILDEN

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>04-01797-GAO |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET**

ON: **KENNETH J. TILDEN**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

18826 ROSITA STREET
TARZANA, CA 91356
(HOME)

ON: May 4, 2004
AT: 09:30 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON May 4, 2004 FROM LOS ANGELES, CA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ROBIN TILDEN - DAUGHTER/CO-TENANT

**Manner of service** in compliance with Federal Rules of Civil Procedure.

| | |
|---|---|
| Registered California process server.<br>County:  LOS ANGELES<br>Registration No.:  4052<br>Expiration: December 18, 2005<br>FIRST LEGAL SUPPORT SERVICES<br>1511 WEST BEVERLY BOULEVARD<br>LOS ANGELES, CA 90026<br>(213) 250-1111 | I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 6, 2004 at LOS ANGELES, California.<br><br>Signature: _____<br>/BRAD BLANKENSHIP |

**PROOF OF SERVICE**

Order#: 3089805/BProof68