| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BIERHANS, DELAMERE & COHEN, LLC<br>DAVID M. COHEN, ESQ., 637003<br>294 PLEASANT STREET, SUITE #204<br>STOUGHTON, MA 02072 | (781) 297-0005 | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT- MASSACHUSETTS

MASSACHUSETTS, CA

PLAINTIFF:
MARK ULIANO

DEFENDANT:
MARIE H. BISSEL, AND KENNETH J. TILDEN

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>04-01797 GAO |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

ON: KENNETH J. TILDEN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

18826 ROSITA STREET
TARZANA, CA 95136-5103
(HOME)

ON: May 3, 2004
AT: 08:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON May 3, 2004 FROM LOS ANGELES.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE" - OCCUPANT

PHYSICAL DESCRIPTION:
Age: 60      Weight: 180      Hair: GREY      Sex: M      Height: 5'11"
Eyes:        Skin: CAUCASIAN
Marks:

Manner of service in compliance with Federal Rules of Civil Procedure.

PROCESS SERVER
County: Los Angeles
Registration No.: 3160
Expiration: September 16, 2005
FIRST LEGAL SUPPORT SERVICES - 2918
1511 WEST BEVERLY BOULEVARD
LOS ANGELES, CA 90026
(213) 250-1111

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 6, 2004 at LOS ANGELES, California.

Signature: _____
OMAR SHAMMOUT

**PROOF OF SERVICE**

Order#: 3090751/BProof68