UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO.: 04 10797 GAO

MARK ULIANO,
    Plaintiff

v.

MARIE H. BISSEL and
KENNETH J. TILDEN,
    Defendants

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Kindly enter my appearance as attorney for defendant, Kenneth J. Tilden, in the above captioned matter.

The Defendant, KENNETH J. TILDEN,

By his attorneys,

AVERY DOOLEY POST & AVERY, LLP

_____
Robert P. Turner – BBO#504900
rturner@averydooley.com
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

## CERTIFICATE OF SERVICE

I, Robert P. Turner, Esquire, hereby certify that I have this 20th day of May, 2004, forwarded the within document to all counsel of record by delivering same first class mail, postage prepaid to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072

Marie H. Bissel
316 Sherman Street
Canton, MA 02021

*Robert P. Turner*

Robert P. Turner, Esquire
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
BBO#504900
(617) 489-5300

2