UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>　　Plaintiff<br><br>vs.<br><br>MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>　　Defendants | )<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 04 10797 GAO<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for *Marie H. Bissel*, defendant in the above-referenced action.

　　　　　　　　　　　　　　　　　　　　*James C. Crowley*
　　　　　　　　　　　　　　　　　　　　James C. Crowley, Esquire
　　　　　　　　　　　　　　　　　　　　**Fuller, Rosenberg, Palmer & Beliveau, LLP**
　　　　　　　　　　　　　　　　　　　　340 Main Street, Suite 817
　　　　　　　　　　　　　　　　　　　　Worcester, MA 01608
　　　　　　　　　　　　　　　　　　　　(508) 756-3671
　　　　　　　　　　　　　　　　　　　　BBO #562664

May 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the parties to this action be mailing a copy thereof, first class, postage prepaid to the following counsel of record:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072

                                          *James C. Crowley*
James C. Crowley, Esquire
**Fuller, Rosenberg, Palmer & Beliveau, LLP**
340 Main Street, Suite 817
Worcester, MA 01608
(508) 756-3671
BBO #562664

May 26, 2004