UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04 10797 QAOq

MARK ULIANO,  )
    Plaintiff  )
        )
v.  )
        )
MARIE H. BISSEL and  )
KENNETH J. TILDEN,  )
    Defendants  )

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter my withdrawal as attorney for the defendant in the above captioned matter.

The Defendant,

By his attorneys,

AVERY DOOLEY POST & AVERY, LLP

_____
Robert P. Turner – BBO#504900
90 Concord Avenue
Belmont, MA 02478
617-489-5300

## CERTIFICATE OF SERVICE

      We, Joseph M. Noone and James T. Sullivan, hereby certify that we have this 15th day of September, 2004, forwarded the within document to all counsel of record by delivering same first class mail, postage prepaid to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA  01608

                                                                  Joseph M. Noone, Esquire (BBO#559644)
                                                                  James T. Sullivan, Esquire (BBO#565700)
                                                                  AVERY DOOLEY POST & AVERY, LLP
                                                                  90 Concord Avenue
                                                                  Belmont, MA  02478
                                                                  (617) 489-5300