UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04 10797 GAO

| | |
|---|---|
| MARK ULIANO,<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>Defendants | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as attorneys for the defendant/plaintiff in cross-claim, Kenneth J. Tilden, in the above-captioned matter.

                                    The Defendant/Plaintiff in Cross-Claim,
                                    KENNETH J. TILDEN,

                                    By his attorneys,

                                    AVERY DOOLEY POST & AVERY, LLP

                                    Joseph M. Noone – BBO#559644
                                    James T. Sullivan – BBO#565700
                                    90 Concord Avenue
                                    Belmont, MA 02478
                                    (617) 489-5300

Dated: September 15, 2004

## CERTIFICATE OF SERVICE

     We, Joseph M. Noone and James T. Sullivan, hereby certify that we have this 15th day of September 2004, forwarded the within document to all counsel of record by delivering same first class mail, postage prepaid to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA  01608

                                                   /s/ James T. Sullivan
                                       Joseph M. Noone, Esquire (BBO#559644)
                                       James T. Sullivan, Esquire (BBO#565700)
                                       AVERY DOOLEY POST & AVERY, LLP
                                       90 Concord Avenue
                                       Belmont, MA  02478
                                       (617) 489-5300