UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK ULIANO <br>     Plaintiff | ) <br> ) <br> ) <br> ) |
| v. | )    CIVIL ACTION NO. 04-CV-10797 GAO |
| KENNETH TILDEN, <br> MARIE H. BISSELL <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) |

## MOTION OF SOCIETE DE L'ASSUANCE AUTOMOBILE DU QUEBEC TO INTERVENE PURSUANT TO F.R.C.P., RULE 24

The Societe de l'assurance automobile du Quebec (Societe) hereby requests that the Court allow it to intervene as a plaintiff in this action. The Societe has submitted herewith a Memorandum and Complaint-In-Intervention supporting this Motion.

                                                        The Intervenor,
                                                        By its attorney,

                                                        _____
                                                        Elton Watkins III
                                                        225 Essex Street
                                                        Lawrence, MA 01840
                                                        978-686-9823
                                                        B.B.O. #517400

September 14, 2004

1

# CERTIFICATE OF SERVICE

I, Elton Watkins III, attorney for the plaintiffs, hereby certify the copy of the hereto attached **MOTION OF SOCIETE DE L'ASSUANCE AUTOMOBILE DU QUEBEC TO INTERVENE PURSUANT TO F.R.C.P., RULE 24** this day has been served by first class mail upon the following:

David M. Cohen, Esq.
Bierhans, Delamere & Cohen LLC
Suite 204
294 Pleasant Street
Stoughton, MA 02072

Robert P. Turner, Esq.
Avery, Dooley, Post & Avery
90 Concord Avenue
Belmont, MA 02178-9107

James C. Crowley, Jr.
Fuller, Rosenberg, Palmer and Beliveau
340 Main Street
Suite 817
Worcester, MA 01608

_____
Elton Watkins III

September 14, 2004