UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>　　　　Plaintiff<br><br>v.<br><br>MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>　　　　Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04 10797 GAO<br>)<br>)<br>)<br>) |

## CERTIFICATION OF COUNSEL

NOW comes the undersigned and pursuant to Local Rule 16.1(d)(3), certifies as follows:

　　1. That I have conferred with the client and his insurer with respect to establishing a budget for the costs of conducting full course and various alternative courses of litigation; and

　　2. That I have conferred with the client and his insurer with respect to consideration of the resolution of this litigation through the use of those Alternative Dispute Resolution programs outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　DEFENDANT, KENNETH J. TILDEN
　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　AVERY, DOOLEY, POST & AVERY LLP


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Joseph M. Noone, BBO #559644
　　　　　　　　　　　　　　　　　James T. Sullivan, BBO # 565700
　　　　　　　　　　　　　　　　　90 Concord Avenue
　　　　　　　　　　　　　　　　　Belmont, MA 02478
　　　　　　　　　　　　　　　　　(617) 489-5300

Dated: October 27, 2004

## CERTIFICATE OF SERVICE

We, Joseph M. Noone and James T. Sullivan, hereby certify that we have this 27th day of October, 2004, forwarded the within document to all counsel of record by delivering same, in hand, to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA 01608

Joseph M. Noone, Esquire (BBO#559644)
James T. Sullivan, Esquire (BBO#565700)
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300