UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK ULIANO )
SOCIETE DE L'ASSURANCE )
AUTOMOBILE DU QUEBEC, )
    Plaintiffs )
)
v. )    CIVIL ACTION NO. 04-CV-10797 GAO
)
KENNETH TILDEN, )
MARIE H. BISSELL )
    Defendant )
)

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that the address of the attorney for the plaintiff has changed to the following:

    Elton Watkins III
    238 Essex Street
    Second Floor
    Lawrence, MA 01840
    978-686-9823

    The Plaintiff,
    By its attorney,

    _____
    Elton Watkins III
    238 Essex Street
    Second Floor
    Lawrence, MA 01840
    978-686-9823
    B.B.O. #517400

December 6, 2004