UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>    Plaintiff<br><br>v.<br><br>MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>    Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04 10797 GAO<br>)<br>)<br>)<br>) |

### DEFENDANT, KENNETH J. TILDEN'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND LOCAL RULE 26.2

Now comes the defendant, Kenneth J. Tilden, and makes the following Second Supplemental Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and in accordance with Local Rule 26.2 of the U. S. District Court for the District of Massachusetts:

Please find attached hereto as Exhibit "A" defendant, Kenneth J. Tilden's vehicle damage appraisal report.

KENNETH J. TILDEN

By his attorneys,

Joseph M. Noone (BBO#559644)
James T. Sullivan (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

Dated: December 30, 2004

## **CERTIFICATE OF SERVICE**

I, James T. Sullivan, hereby certify that I have this 30th day of December, 2004, forwarded the within document to all counsel of record by delivering same, first class mail, postage prepaid, to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA 01608

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840

_____
Joseph M. Noone, Esquire (BBO#559644)
James T. Sullivan, Esquire (BBO#565700)
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300