UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>        Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-10797 GAO<br>) |
| MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>        Defendants | )<br>)<br>)<br>) |

### JOINT MOTION OF THE PARTIES TO EXTEND DISCOVERY DEADLINE BY THIRTY (30) DAYS

NOW come the parties to the above-entitled action and say as follows:

1.  Discovery in the above matter is scheduled to conclude on March 31, 2005.

2.  The parties have thus far exchanged extensive written discovery and have secured the depositions of plaintiff, Mark Uliano, and defendant, Marie Bissell.

3.  The deposition of the defendant, Kenneth J. Tilden, has been rescheduled on two occasions, due to his medical appointments and conflicts in his daughter's schedule. Mr. Tilden currently resides in Playa Vista, California, where he moved shortly after and as a result of the accident at issue. Mr. Tilden is in poor health in that he suffers from rather severe back and knee problems. Mr. Tilden is currently eighty-nine (89) years of age. Mr. Tilden is also hard of hearing.

4.  Counsel have agreed to depose Mr. Tilden via telephone. In order to accomplish the same, it has been necessary to coordinate with a court reporter in California which has facilities to accommodate Mr. Tilden, as well as Mr. Tilden's daughter, Karen Binder, who assists him in his activities.

5.  Counsel anticipate concluding Mr. Tilden's deposition before the end of April, 2005.

6.  In light of the above, counsel respectfully request that the discovery deadline herein be extended to April 30, 2005, or such other date as the Court deems reasonable.

| | |
|---|---|
| MARK ULIANO | MARIE H. BISSEL |
| By his attorneys, | By her attorneys, |
| *[signature]* | *[signature]* |
| David M. Cohen, Esquire<br>Stephen J. Delamere, Esquire<br>BIERHANS, DELAMERE & COHEN, LLC<br>294 Pleasant Street, Suite 204<br>Stoughton, MA  02072<br>(781) 297-0005 | James C. Crowley, Jr., Esquire<br>FULLER, ROSENBERG, PALMER &<br>  BELIVEAU, LLP<br>340 Main Street<br>Worcester, MA  01608<br>(508) 755-5225 |
| KENNETH J. TILDEN | SOCIETE DE L'ASSURANCE<br>AUTOMOBILE DU QUEBEC |
| By his attorneys, | By its attorneys, |
| *[signature]* | *[signature]* |
| James T. Sullivan, Esquire (BBO#565700)<br>AVERY, DOOLEY, POST & AVERY, LLP<br>90 Concord Avenue<br>Belmont, MA  02478<br>(617) 489-5300 | Elton Watkins, III, Esquire<br>238 Essex Street, 2nd Floor<br>Lawrence, MA  01840<br>(978) 686-9823 |

Dated: March 31, 2005