UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>　　　Plaintiff<br><br>vs.<br><br>MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>　　　Defendants | )<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 04-10797 GAO<br>)<br>) |

COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Now comes counsel for Defendant Marie H. Bissel and certifies pursuant to Local Rule 16.1 that he has conferred with his client for the purpose of considering the budget for litigation of this matter and of alternative dispute resolutions.

　　　　　　　　　　　　　　　　MARIE H. BISSEL
　　　　　　　　　　　　　　　　By Her Attorney,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James C. Crowley, Jr., Esquire
　　　　　　　　　　　　　　　　Fuller, Rosenberg, Palmer & Beliveau
　　　　　　　　　　　　　　　　340 Main Street, Suite 817
　　　　　　　　　　　　　　　　Worcester, MA 01608
　　　　　　　　　　　　　　　　(508) 756-3671
　　　　　　　　　　　　　　　　BBO #562664

CERTIFICATE OF SERVICE  *or in hand*

I, James C. Crowley, Jr., hereby certify that I served the foregoing document by mailing a copy of same, first class mail, postage prepaid, to the following counsel of record:

Stephen J. Delamere, Esquire
Bierhans, Delamere & Cohen, LLLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072

James T. Sullivan, Esquire
Avery Dooley Post & Avery, LLP
90 Concord Avenue
Belmont, MA  02478

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840

_____
James C. Crowley, Jr.