UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>    Plaintiff<br><br>v.<br><br>MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>    Defendants | )<br>)<br>)<br>) CIVIL ACTION NO. 04 10797 GAO<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION TO ENLARGE TIME
### FOR EXPERT DISCLOSURE

NOW comes the defendant, Kenneth Tilden, through counsel, and files the within assented-to motion as follows:

1. The time deadline to disclose information in regard to experts in the present matter is August 1, 2005.

2. The defendants have been able to schedule a medical examination of the plaintiff (a so-called IME) with Robert Pennell, M.D. on August 16, 2005. Despite attempting to do so, defendants had been unable to arrange for an examination prior to such date.

3. In light of the above, defendant Tilden requests that the deadline for expert disclosures in this matter be extended to September 1, 2005  Defendant does not anticipate this change will effect any other pending dates in this matter.

4. Counsel for the co-defendant, Bissell and the plaintiff, Uliano, have graciously assented to the above.

WHERFORE, defendant Tilden requests his within motion be allowed.

KENNETH J. TILDEN

By his attorneys,

*[signature]*

Joseph M. Noone (BBO#559644)
James T. Sullivan (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

**ASSENTED TO**:

MARK ULIANO

By his attorneys,

*[signature]*

Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072
(781) 297-0005

MARIE H. BISSEL

By her attorneys,

*[signature]*

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER &
  BELIVEAU, LLP
340 Main Street
Worcester, MA 01608
(508) 756-3671

SOCIETE DE L'ASSURANCE
AUTOMOBILE DU QUEBEC

By its attorneys,

*[signature]*

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated: August 1, 2005

## CERTIFICATE OF SERVICE

I, James T. Sullivan, hereby certify that I have this 3rd day of August, 2005, forwarded the within document to all counsel of record by delivering same, first class mail, postage prepaid, to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA 01608

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840

James T. Sullivan, Esquire (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

WHERFORE, defendant Tilden requests his within motion be allowed.

KENNETH J. TILDEN

By his attorneys,

---

Joseph M. Noone (BBO#559644)
James T. Sullivan (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

**ASSENTED TO:**

MARK ULIANO                              MARIE H. BISSEL

By his attorneys,                        By her attorneys,

---                                      ---

Stephen J. Delamere, Esquire             James C. Crowley, Jr., Esquire
BIERHANS, DELAMERE & COHEN, LLC          FULLER, ROSENBERG, PALMER &
294 Pleasant Street, Suite 204             BELIVEAU, LLP
Stoughton, MA 02072                      340 Main Street
(781) 297-0005                           Worcester, MA 01608
                                         (508) 756-3671

SOCIETE DE L'ASSURANCE
AUTOMOBILE DU QUEBEC

By its attorneys,

---

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated: August 1, 2005

WHERFORE, defendant Tilden requests his within motion be allowed.

KENNETH J. TILDEN

By his attorneys,

---

Joseph M. Noone (BBO#559644)
James T. Sullivan (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

**ASSENTED TO:**

MARK ULIANO                                   MARIE H. BISSEL

By his attorneys,                             By her attorneys,

---                                           ---

Stephen J. Delamere, Esquire                  James C. Crowley, Jr., Esquire
BIERHANS, DELAMERE & COHEN, LLC               FULLER, ROSENBERG, PALMER &
294 Pleasant Street, Suite 204                  BELIVEAU, LLP
Stoughton, MA 02072                           340 Main Street
(781) 297-0005                                Worcester, MA 01608
                                              (508) 756-5671

SOCIETE DE L'ASSURANCE
AUTOMOBILE DU QUEBEC

By its attorneys,

---

Elton Watkins, III, Esquire
258 Essex Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated: August 1, 2005

WHERFORE, defendant Tilden requests his within motion be allowed.

KENNETH J. TILDEN

By his attorneys,

_____
Joseph M. Noone (BBO#659644)
James T. Sullivan (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

**ASSENTED TO:**

MARK ULIANO                              MARIE H. BISSEL

By his attorneys,                        By her attorneys,

_____         _____
Stephen J. Delamere, Esquire             James C. Crowley, Jr., Esquire
BIERHANS, DELAMERE & COHEN, LLC          FULLER, ROSENBERG, PALMER &
294 Pleasant Street, Suite 204             BELIVEAU, LLP
Stoughton, MA 02072                      340 Main Street
(781) 297-0005                           Worcester, MA 01608
                                         (508) 755-5671

SOCIETE DE L'ASSURANCE
AUTOMOBILE DU QUEBEC

By its attorneys,

_____
Elton Watkins, III, Esquire
235 Essex Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated: August 1, 2005