UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04 10797 GAO<br>) |
| MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>Defendants | )<br>)<br>)<br>) |

### DEFENDANT, KENNETH J. TILDEN'S EXPERT DISCLOSURE
### PURSUANT TO FED. R. CIV. P. 26(a)(2)

NOW comes the defendant, Kenneth J. Tilden, and files the within Expert Disclosure as follows:

1. Defendant, Kenneth J. Tilden, may or will call Robert R. Pennell, M.D., 225 Boston Street, Lynn, MA 01904 to testify as a medical expert witness in his behalf.

2. Dr. Pennell's curriculum vitae is attached hereto as Exhibit "A."

3. Dr. Pennell's report dated August 16, 2005 on his examination of plaintiff is attached hereto as Exhibit "B."

4. It is anticipated that at trial, Dr. Pennell will testify in accordance with his report (Exhibit "B" hereto) and that his opinions rendered while testifying will be based upon his education, experience, examination of the plaintiff and review of the plaintiff's medical records, as is set forth in Exhibit "B".

KENNETH J. TILDEN

By his attorneys,

Joseph M. Noone (BBO#559644)
James T. Sullivan (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

Dated: August 24, 2005

## CERTIFICATE OF SERVICE

I, James T. Sullivan, hereby certify that I have this 24th day of August, 2005, forwarded the within document to all counsel of record by delivering same, first class mail, postage prepaid, to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA  01608

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA  01840

James T. Sullivan, Esquire (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA  02478
(617) 489-5300