UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

MARK ULIANO,
    Plaintiff

vs.                C.A. NO. 04 10797-GA0

MARIE H. BISSELL and
KENNETH J. TILDEN,
    Defendants

**ASSENTED TO MOTION TO ENLARGE TIME FOR EXPERT DISCLOSURE**

Now comes the Plaintiff, Mark Uliano, through counsel,
and files the within assented-to motion as follows:

1.    The time deadline to disclose information in
regard to expert witnesses in the present matter is
September 1, 2005.

2.    The Plaintiff has already disclosed the expert
medical report of Jay Portnow, M.D., Ph.D., through
discovery to the Defendants.

3.    The Plaintiff is awaiting the Curriculum Vitae of
Dr. Portnow; however, Dr. Portnow is on vacation through
Labor Day, September 5, 2005. The Plaintiff is therefore
requesting that the time to provide Dr. Portnow's expert
disclosure be extended to September 9, 2005. The Plaintiff

does not anticipate this change to effect any other pending dates in this matter.

4.   Counsel for the Defendants have assented to this motion.

WHEREFORE, the Plaintiff respectfully requests that this motion be allowed.

Respectfully submitted,

The Plaintiff,
By his attorney

Stephen J. Delamere, Esq.
BBO #561249
Bierhans, Delamere & Cohen, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072
(781) 297-0005

2

Defendant
Marie H. Bissell

By her attorneys

James C. Crowley, Jr., Esq.
BBO #562664
Fuller, Rosenberg, Palmer
& Beliveau
340 Main Street, Suite 817
Worcester, MA 02178
(508) 756-3671

Defendant
Kenneth J. Tilden

By his attorneys

James T. Sullivan, Esq.
BBO #565700
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

Societe De L'Assurance
Automobile Du Quebec

By its attorneys,

Elton Watkins, III, Esq.
238 Essex St
Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated: August 30, 2005

3