UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
CLERKS OFFICE

2005 SEP -1  P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MARK ULIANO,<br>      Plaintiff | )<br>)<br>) |
| vs. | )   CIVIL ACTION<br>)   NO. 04-10797 GAO |
| MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>      Defendants | )<br>)<br>) |

### AFFIDAVIT OF NOTICE OF INTENTION TO USE MEDICAL REPORTS AS EVIDENCE

I, James C. Crowley, Jr., attorney for the defendant in the above-entitled action, make oath that on August 23, 2005, I gave notice pursuant to the provisions of General Law, Chapter 233, Section 79G, of my intention to offer in evidence at the trial of the above case, the medical records from the following providers concerning medical services rendered to the plaintiff:

    1.    Robert R. Pennell, M.D.

by mailing copies of the same to all counsel of record. Attached is the return receipt.

    Subscribed and sworn to under the pains and penalties of perjury this 29th day of August, 2005.

James C. Crowley, Jr.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608
(617) 756-3671
BBO # 562664

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James T. Sullivan, Esq
   Avery Dooley Post & Avery
   90 Concord Avenue
   Belmont, MA  02478

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Julie M Brady
C. Date of Delivery: 8/26/05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0003 1160 3987

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stephen J. Delamere, Esq
   Bierhans, Delamere & Cohen
   294 Pleasant St., Suite 204
   Stoughton, MA  02072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Melissa Jim
C. Date of Delivery: 8/26/00

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0003 1160 3970

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elton Watkins, III, Esquire
   238 Essex Street, 2nd Floor
   Lawrence, MA  01840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 8/26

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0003 1160 3994

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## CERTIFICATE OF SERVICE

I, James C. Crowley, Jr., hereby certify that I served the foregoing document by mailing a copy of same, first class mail, postage prepaid, to the following counsel of record:

Stephen J. Delamere, Esquire
Bierhans, Delamere & Cohen, LLLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072

James T. Sullivan, Esquire
Avery Dooley Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840

_____
James C. Crowley, Jr.