UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>    Plaintiff<br><br>vs.<br><br>MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>    Defendants | CIVIL ACTION<br>NO. 04-10797 GAO |

### DEFENDANT, MARIE BISSEL'S EXHIBIT AND WITNESS LIST

**1.  WITNESS LIST**

1. Marie H. Bissel: Ms. Bissel's testimony will be presented in person.

2. Kenneth J. Tilden: Mr. Tilden's testimony will be presented via the transcript of his deposition taken on May 16, 2005.

3. Dr. Robert R. Pennell: Dr. Pennell's testimony will be presented in person, via videotape, or his report of August 16, 2005 will be offered into evidence.

**2.  EXHIBIT LIST**

1. Medical report of Dr. Robert R. Pennell of August 16, 2005

2. Medical records of Dr. Roger Guy

3. Medical records of Dr. Peter Jarzem

4. Medical report of Dr. Richard Knight

5. Medical report of Dr. Walter Panis of June 2, 2003

6. Photographs of the motor vehicles involved in the accident.

7. Photographs of the location of the accident

8. Copies of six (6) letters of the plaintiff, one undated, and the others dated 7/7/03, 9/24/03, 10/29/03, 10/31/03, and 11/11/03 (with redactions)

9. Transcript of recorded statement of the plaintiff dated April 21, 2003

10. Tax returns of the plaintiff

Pursuant to applicable rules, the defendant reserves the right to present the testimony and offer exhibits for the purpose of impeachment.

>Defendant, Marie Bissel
>By Her Attorney,
>
>
>James C. Crowley, Jr., Esquire
>Fuller, Rosenberg, Palmer & Beliveau
>340 Main Street, Suite 817
>Worcester, MA 01608
>(508) 756-3671
>BBO #562664

## CERTIFICATE OF SERVICE

I, James C. Crowley, Jr., hereby certify that I served the foregoing document by mailing a copy of same, first class mail, postage prepaid, to the following counsel of record:

Stephen J. Delamere, Esquire
Bierhans, Delamere & Cohen, LLLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072

James T. Sullivan, Esquire
Avery Dooley Post & Avery, LLP
90 Concord Avenue
Belmont, MA  02478

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840

_____
James C. Crowley, Jr.