# EXHIBIT "A"

# CURRICULUM VITAE

## Jay Michael Portnow, M.D., Ph.D.

FILED
CLERKS OFFICE

2005 SEP -9 P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Address: | 377 Belmont Street |
| | Brockton, MA  02301 |
| Telephone: | (781) 654-2521 |
| | FAX – (508) 580-1875 |
| | Office – (508) 580-5380 |
| | E-Mail – JPortnow@hotmail.com |
| Date of Birth: | June 18, 1943 |
| Place of Birth: | New York, NY |

## EDUCATION
| | |
|---|---|
| 1960 - 1964 | B.A. Columbia College |
| 1964 - 1971 | Ph.D. Columbia University |
| 1968 - 1971 | Special Status Student, Harvard University |
| 1976 - 1979 | M.D. University of Texas Medical Branch, Galveston, TX |

## POST GRADUATE TRAINING and FELLOWSHIP APPOINTMENTS
| | |
|---|---|
| 1982 - 1984 | Resident in Physical Medicine and Rehabilitation Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1980 - 1981 | Flexible Intern, Bryn Mawr Hospital, Bryn Mawr, PA |
| 1979 - 1980 | First year Resident in Anesthesiology, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1974 - 1975 | Fellowship, Center for Statistical Mechanics and Thermodynamics, University of Texas, Austin, TX |
| 1972 - 1973 | Institute Fellowship, Woods Hole Oceanographic Institute, Woods Hole, MA |
| 1971 - 1972 | C.R.B. Advanced Fellowship, Service of I. Prigogine (Nobel Laureate in Chemistry, 1977) University of Brussels, Belgium |

## FACULTY APPOINTMENTS
| | |
|---|---|
| 1991 - | Associate Clinical Professor, Department of Physical Medicine and Rehabilitation, Tufts University School of Medicine, Boston, MA |
| 1986 - 1991 | Associate Clinical Professor of Rehabilitation Medicine, Boston University School of Medicine |
| 1983 - 1985 | Lecturer, Department of Physical Medicine and Rehabilitation, School of Medicine, University of Pennsylvania, Philadelphia, PA |
| 1975 - 1976 | Special Research Coordinator, Department of Obstetrics and Gynecology, University of Texas Health Science Center at San Antonio |

| | |
|---|---|
| 1969 - 1971 | Instructor, Intensive Summer Study and Health Careers Program, Harvard Summer School |
| 1968 - 1971 | Research Assistant, Department of Chemical Physics, Columbia University |
| 1965 - 1968 | N.A.S.A. Trainee, Department of Chemical Physics, Columbia University |
| 1964 - 1965 | Research Assistant, Department of Chemical Physics, Columbia University |

## CLINICAL and ADMINISTRATIVE POSITIONS

| | |
|---|---|
| 1997 - 2000 | Consultant Physiatrist, Life Care Center of West Bridgewater, MA |
| 1996 - 2000 | Consultant Physiatrist, Mediplex – Randolph, Randolph, MA |
| 1995 - 2001 | Consultant Physiatrist, Bostonian Nursing Care Center, Dorchester, MA |
| 1994 - 1996 | Chief, Physical Medicine & Rehabilitation, Jewish Memorial Hospital and Rehabilitation Center, Boston, MA |
| 1994 - 2000 | Consultant Physiatrist, Mediplex - Weymouth, Weymouth, MA |
| 1994 - 1995 | Consultant Physiatrist, Hollingsworth House, Braintree, MA |
| 1994 - | Editor and Publisher, Durable Medical Equipment Review, Norwell, MA |
| 1994 - | President, JP Healthcare Consulting and Management, Norwell, MA |
| 1990 - 1994 | Medical Director, Senior Vice President and Founder, Wellmark Healthcare Services, Inc., Wellesley, MA |
| 1989 - 1990 | Medical Director, Whittier Rehabilitation Hospital, Haverhill, MA |
| 1988 - 1989 | Attending Physician and Consultant Physiatrist, Whittier Rehabilitation Hospital, Haverhill, MA |
| 1988 - 1990 | Founder and President, Health at Home, Inc., Norwell, MA |
| 1988 - | Consultant in Physical Medicine and Rehabilitation, Jewish Memorial Hospital and Rehabilitation Center, Boston, MA |
| 1987 - 1989 | Medical Director, Cranberry Area Hospice, Duxbury, MA |
| 1985 - 1988 | Chief, Department of Physical Medicine and Rehabilitation, Braintree, MA |
| 1985 - 1988 | Chief, Department of Physical Medicine and Rehabilitation, Braintree, MA |
| 1983 - 1985 | Medical Director, Medically Induced Drug Addiction Center, Department of Psychiatry, Cooper Hospital and University Medical Center, Camden, NJ |
| 1983 - 1984 | Director of Research, Rehabilitation Research and Training Center in Aging, University of Pennsylvania, Philadelphia, PA |
| 1981 - 1983 | Private Practice, Family Medicine, Aubudon, NJ |

## ADVISORY and CONSULTING POSITIONS

| | |
|---|---|
| 1996 - | Home Care Professional and Technical Advisory Committee, Alternate Representative, Joint Commission on Accreditation of Healthcare Organizations |
| 1995 - | National Advisory Committee on Standards for Home Based Medical Rehabilitation Programs, CARF |
| 1995 - | Home Healthcare Consultant, Editorial Advisory Board |
| 1994 - | Home Health Care Dealer, Editorial Advisory Board |
| 1994 - | AMA Assistive Technology Consultant Panel |
| 1989 - 1994 | Interspecialty Medical Advisory Committee, Blue Cross/Blue Shield of MA |
| 1985 - | Charles River Health Care Foundation, Consultant |
| 1986 - | AMA Home Care Consultant Panel |

## MANAGED CARE and INSURANCE POSITIONS

| | |
|---|---|
| 1994 - | Physician Consultant, Case Management Division, Harvard Community Health Plan, Boston, MA |
| 1992 - 1997 | Physician Advisor, Pilgrim Health Care, Norwell, MA |
| 1989 - 1990 | Physician Case Manager for Rehabilitation, Blue Cross/Blue Shield of MA |
| 1988 - 1995 | Physical Medicine and Rehabilitation Consultant, Aetna Life and Casualty Insurance Co., Hartford, CT |

## LICENSURE

> Massachusetts
> New Jersey
> Pennsylvania
> Rhode Island

## BOARD CERTIFICATION

> Physical Medicine and Rehabilitation

## AWARDS, HONORS and MEMBERSHIP to HONORARY SOCIETIES

| | |
|---|---|
| 1976 | Hildebrand Medical Scholarship |
| 1979 | Alpha Omega Alpha |

## MEMBERSHIPS in PROFESSIONAL and SCIENTIFIC SOCIETIES

American Academy of Home Care Physicians, Founder, Board of Directors, Vice President
American Academy of Hospice Physicians, Charter Member
American Academy of Physical Medicine and Rehabilitation
American Association for the Advancement of Science
American Chemical Society
American Medical Association
American Physical Society
Association of Academic Physiatrists
Philadelphia College of Medicine, Fellow

## Local Societies

> Massachusetts Medical Society
>
> Norfolk South District Society
>
> Northeast Society of Physical Medicine and Rehabilitation

# BIBLIOGRAPHY

## Books and Chapters:

Portnow J with Houtmann M:  **"Home Care for the Elderly: A Complete Guide"** McGraw Hill, New York, 1987

Portnow J:  **"Rehabilitation and Management of the Physically Impaired"** in Health Care in the Nursing Home, Katz, Paul R and Calkins, Evan (Eds), Springer, 1988

Portnow J (Ed):  **"Home Care"** Physical Medicine and Rehabilitation: State of the Art Reviews, Hanley and Belfus, Philadelphia, 1988

Portnow J:  **"The Challenges of Managing Acute and Chronic Conditions"** in Physicians Guide to Home Care Services, American Medical Association, Chicago 1989

Bernstein I, Portnow J, Hankwitz, P:  **"Home Care of the Elderly Diabetic Patient"** in Diabetes Mellitus in the Elderly, Clinics in Geriatric Medicine, Volume 6, #4, From, Jack (Eds), W.B. Saunders, 1990

Portnow J, et al:  **"Multidisciplinary Home Rehabilitation: A Practical Model"** in Clinics in Geriatric Medicine, Volume 7, #4, Ferrell, Bruce and Rubenstein, Laurence (Eds), W.B. Saunders, 1991

Portnow J and Samuels A:  **"Homecare"** in Practice of Geriatrics, Calkins, Evan, Ford, Amasa, and Katz, Paul (Eds), W.B. Saunders, 1992

Portnow J:  **"Durable Medical Equipment"** in Homecare Handbook for Primary Care Physicians, NMC Homecare, 1994

Portnow J:  **"Home Rehabilitation"** in Physical Medicine and State of the Art Reviews, Volume 7, #1, Hanley and Belfus, Philadelphia, 1996

Portnow J: **"A Profitable Partnership: The Durable Medical Equipment Industry (DME) and Healthcare Professionals"** in Chronic Wound Care, Krasner and Kane (Eds), Health Management Publications, Inc., 1997

## Book Reviews:

Portnow J:  **"Home Health Care"** by Spiegel, Allen D.  In New England Journal of Medicine, 318:1209, 1988

## Forwards:

The Home Care Case Management Source Book, 1, Miramar Communications, 1996

## ORIGINAL PAPERS

Nicolls G and Portnow J: **"Oscillating Chemical Reactions"** Chemical Reviews 73, 365, 1973

Portnow J and Kitahara J: **"Stability and Fluctuation in Chemical Systems"** Statistical Physics, 14:501, 1976

Portnow J: **"Molecular Dynamics Studies of Fluctuations"** Physics Letters, 51A:370, 1973

Portnow J: **"Discussion Remarks, Physical Chemistry of Oscillatory Phenomena"** Faraday Symposium, Chemical Society, London, #9, 1974

Portnow J, Talo A and Hodgson, BJ: **"A Random Walk Model of Ovum Transport"** Canadian Journal of Physiology and Pharmacology, 55:972, 1977

Meesch CM, Portnow J, Talo A and Hodgson B: **"Simulated Oviductal Data from Oviduct Smooth Muscle"** Federal Proceedings, 36:1016, 1977

Portnow J: **"Complications of Therapy"** Rehabilitation Literature, 44:278, 1983

Portnow J: **"Special Problems in the Rehabilitation of the Elderly"** Geriatric Medicine Today, 31:56, 1984

Portnow J: **"The Internist's Role in Providing Care for the Elderly"** IM – Internal Medicine for the Specialist, Vol 5, #13, 1984

Portnow J and Strassman H: **"Medically Induced Drug Addiction"** The International Journal of the Addictions, 20:605, 1985

Portnow J and Helfgott S: **"Rehabilitation of the Elderly Arthritic Patient"** Geriatric Medicine Today, 6:63, 1987

Portnow J: **"Home Care and Rehabilitation"** Rehabilitation Report, Vol 5, #4: 1, 1989

Portnow J: **"Caring for an Elderly Person at Home"** American Academy of Home Care Physicians Newsletter, Vol 1, #1:May, 1989

Portnow J: **"Rehabilitation in The Home"** American Academy of Home Care Physicians Newsletter, Vol 2, June, 1989

Daly M and Portnow J: **"Rehabilitation in the Home"** Geriatrics, 46:1992

## POPULAR ARTICLES

Portnow J: **"The Danger of Conceptualization in Aikido"** Martial Arts Sports, 1:33, 1975

Portnow J: **"Tossing and Turning the Whole Night Long"** The Sunday Enterprise, B10, Oct. 13, 1985

Portnow J: **"Visit a Prospective Nursing Home Prior to Making a Decision"** The Sunday Enterprise, B16, Oct. 10, 1985

Portnow J: **"Get One Doctor Behind You"** The Sunday Enterprise, C21, Nov. 3, 1985

Portnow J: **"Hearing Aids Gain Acceptance as Useful Tools"** The Sunday Enterprise, B25, Nov. 17, 1985

Portnow J: **"Bring Back the Fashionable Cane"** The Sunday Enterprise, C20, Dec. 15, 1985

Portnow J: **"Its Hard to Care For a Parent"** The Sunday Enterprise, C20, Dec. 15, 1985

Portnow J: **"Mother's Deteriorating Taste Buds Source of Defeated Chef's Problem"** The Sunday Enterprise, B7, Dec. 29, 1985

Portnow J: **"Teach Children Aging is Natural"** The Sunday Enterprise, C15, Jan. 12, 1986

Portnow J: **"Polio Survivors Join Ranks Against Post-Polio Syndrome"** The Sunday Enterprise, B15, Jan. 26, 1986

Portnow J: **"Home Health Aides are Unsung Heroes"** The Sunday Enterprise, C20, Feb. 9, 1986

Portnow J: **"Elderly Skin is Particularly Susceptible to Problems in Cold Weather"** The Sunday Enterprise, C19, Feb. 23, 1986

Portnow J: **"Visiting Older Parents Requires Patience"** The Sunday Enterprise, C14, Mar. 23, 1986

Portnow J: **"Caring for an Elderly Person at Home"** The Sunday Enterprise, C14, Mar. 23, 1986

Portnow J: **"Older Persons Need Networks, Too"** The Sunday Enterprise, C23, Apr. 6, 1986

Portnow J: **"Pay Attention to Those Over 65"** The Sunday Enterprise, D27, Apr. 20, 1986

Portnow J: **"Aging Process is Natural Part of Life"** The Sunday Enterprise, C29, May 4, 1986

Portnow J and Chin C: **"Durable Medical Equipment and Supplies"** American Academy of Home Care Physicians Newsletter, Vol 4, #2, 1992

Portnow J and DiPietrantonio L: **"Augmentation or Alternative Communication Systems"** American Academy of Home Care Physicians Newsletter, Vol 5, #3, 1993

Portnow J and Dolan L: **"Wheelchairs"** American Academy of Home Care Physicians Newsletter, Vol 5, 1993

Bohannon R, Mahoney J, Portnow J: **"Self-Help Aids for Minor Disabilities"** Patient Care, March 15, 1994

Portnow J and Dolan C: **"Powered Mobility"** American Academy of Home Care Physicians Newsletter, 1994

Dodson D and Portnow J: **"Stroke Rehabilitation at Home, Developments in Home Healthcare"** in preparation.

Portnow J: **"Technology Transfer"** American Academy of Home Care Physicians Newsletter, in press.

Portnow J: **"Assistive Technology in the Home"** Caring, X111:58, 1994

Portnow J: **"Physicians and Durable Medical Equipment"** Remington Report, 13:43, 1994

Portnow J: **"Technology Transfer"** American Academy of Home Care Physicians Newsletter, Vol 6, #3, 1994

## LETTERS to the EDITOR

Portnow J, Corbett R: **"Oral Methadone for Relief of Chronic Pain from Cancer"** New England Journal of Medicine, 306:898, 1982

Portnow J, Miller G: **"Allowing the Debilitated to Die"** New England Journal of Medicine, 309:862, 983

Portnow J: **"Transcendence in Physics"** American Journal Physics, 20:605, 1985

Portnow J: **"Substance Abuse"** Archives of Physical Medicine and Rehabilitation, 67:348, 1986

Portnow J, Boutross G: **"A Commentary on the New England Preparatory Prosthesis"** Orthotics and Prosthetics, 41:10, 1987

Portnow J: **"The Cosmetics Industry Ignores Older Customers"** The Sunday Enterprise, C25, May 18, 1986

Portnow J: **"Set a Good Example for Your Children"** The Sunday Enterprise, C24, June 1, 1986

Portnow J: **"AARP Can Work Miracles of Those 50 and Over"** The Sunday Enterprise, D21, June 29, 1986

Portnow J: **"Choosing Supportive Devices Can Make More Out of Life"** The Sunday Enterprise, C20, July 13, 1986

Portnow J: **"Coming Face to Face with Problems of Aging, Disability"** The Sunday Enterprise, C18, July 27, 1986

Portnow J: **"The Subject of Aging is Growing More Popular"** The Sunday Enterprise, C20, Aug. 10, 1986

Portnow J: **"An Indoor Survival Kit For Winter"** The Sunday Enterprise, C18, September 7, 1986

Portnow J: **"Caregivers to the Elderly"** The Sunday Enterprise, C12, Sept. 21, 1986

Portnow J, McGillicutty: **"Postpolio and Shoes"** Polio Network News, Summer, 1988