UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| MARK ULIANO,<br>　　Plaintiff<br><br>vs.<br><br>MARIE H. BISSELL and<br>KENNETH J. TILDEN,<br>　　Defendants | )<br>)<br>)<br>)<br>) C.A. NO. 04 10797-GA0<br>)<br>)<br>)<br>)<br>) |

### JOINT TO MOTION TO CONTINUE TRIAL DATE

　　Now comes the Parties in the above-referenced matter and hereby request that the trial currently scheduled to begin on Tuesday, October 11, 2005 be continued to the week of November 14, 2005. As grounds for this motion, the Parties state that experts for all parties are unavailable on the week of October 11th. Defendants' expert, Robert Pennell, M.D., is scheduled to be out of town during that week and Plaintiff's expert, Jay Portnow, M.D., is unable to appear due to the Jewish Holidays.

　　Additionally, the Parties are continuing to discuss possible resolution of this matter prior to trial.

　　WHEREFORE, the Parties respectfully request that this motion be ALLOWED.

Respectfully submitted,

The Plaintiff,
By his attorney

_____
Stephen J. Delamere, Esq.
BBO #561249
Bierhans, Delamere & Cohen, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072
(781) 297-0005

Defendant
Marie H. Bissell

By her attorneys

_____
James C. Crowley, Jr., Esq.
BBO #562664
Fuller, Rosenberg, Palmer
& Beliveau
340 Main Street, Suite 817
Worcester, MA 02178
(508) 756-3671

Defendant
Kenneth J. Tilden

By his attorneys

_____
James T. Sullivan, Esq.
BBO #565700
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

Societe De L'Assurance
Automobile Du Quebec

By its attorneys,

_____
Elton Watkins, III, Esq.
238 Essex St
Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated: September 26, 2005