UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION    FILED
IN CLERKS OFFICE

| | | |
|---|---|---|
| MARK ULIANO, | ) | 2005 SEP 29 P 1: 49 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-10797-JGAO |
| | ) | |
| MARIE H. BISSEL and | ) | |
| KENNETH J. TILDEN, | ) | |
| Defendants | ) | |

### AFFIDAVIT UNDER M.G.L. c. 233, §79G

Before me, the undersigned Notary Public, in and for the Commonwealth of Massachusetts, personally appeared James T. Sullivan, who was made known to me, and being by me first duly sworn, deposes on oath as follows:

1.  My name is James T. Sullivan, and I represent the defendant, Kenneth J. Tilden.

2.  On September 8, 2005, written notice of my intention to offer into evidence at the time of trial the report of independent medical examination performed by Robert R. Pennell, M.D. dated August 16, 2005, pertaining to Mark Uliano, was given to Stephen J. Delamere, Esquire by mailing a copy of same, certified mail, return receipt requested.

3.  Attached to this affidavit is the return receipt showing delivery to counsel of record.

4.  Also attached hereto is a copy of the written notice.

_James T. Sullivan_

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.

On this 29th day of September, 2005, before me, the undersigned notary public, personally appeared James T. Sullivan, proved to me through satisfactory evidence of identification, which was personal knowledge of identity, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

_Lisa M. Sweeney, Notary Public_
My Commission Expires: 9/15/11

## CERTIFICATE OF SERVICE

I, James T. Sullivan, hereby certify that I have this 29th day of September, 2005, forwarded the within *Affidavit Under M.G.L., c.233, §79G* to all counsel of record by delivering a copy of same, in hand, to:

Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA  01608

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA  01840

James T. Sullivan, Esquire (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA  02478
(617) 489-5300

# AVERY DOOLEY POST & AVERY, LLP

*Attorneys at Law*

90 Concord Avenue    Belmont, MA  02478

Telephone: (617) 489-5300                                                        Fax: (617) 489-0085

September 8, 2005

**CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
No. 7004 0750 0002 9159 6131

Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072

      Re:    Mark Uliano v. Marie H. Bissel and Kenneth J. Tilden
               United States District Court, C.A. No. 04 10797 GAO
               <u>Our File No. IJS-051004-8174</u>

Dear Mr. Delamere:

      Please be informed that the defendant, Kenneth J. Tilden, intends to produce as evidence at trial, pursuant to M.G.L. c.233, §79G, as amended, the medical examination report of the following:

      1.     Report of Robert R. Pennell, M.D., dated August 16, 2005.

      Also pursuant to the statute, please find enclosed an accurate photocopy of the medical report.

               Very truly yours,

               AVERY, DOOLEY, POST & AVERY, LLP

               James T. Sullivan

JTS/lmt
Enclosure

Cc:    James C. Crowley, Jr., Esquire
       Elton Watkins, III, Esquire