UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
MARK ULIANO,                    )
     Plaintiff                  )
                                )
vs.                             )   C.A. NO. 04 10797-GA0
                                )
MARIE H. BISSELL and            )
KENNETH J. TILDEN,              )
     Defendants                 )
_____)
```

**AFFIDAVIT OF COMPLIANCE
PURSUANT TO M.G.L. C. 233, §79G**

Now comes Stephen J. Delamere, counsel for the Plaintiff, and says that, in accordance with M.G.L. c. 233, §79G, on September 28, 2005, written notice of the intention of the Plaintiff to introduce the following medical records and bills:

a) Brockton Regional MRI; Canton Ambulance Service; Robert Carne, D.C.; Richard S. Knight, M.D.; Caritas Norwood Hospital; Walter Panis, M.D.; Jay Portnow, M.D., Ph.D.; Radiology Associates of Norwood; South Shore Regional MRI; Sullivan Orthopedic Associates, Inc.; Wareham Spine & Rehabilitation, Inc.; Peter J. Dimatteo, M.D.

together with copies thereof, were given to the Defendants by mailing said notice and copies, via certified mail, return receipt requested, to counsel of record, addressed as follows:

James T. Sullivan, Esq.
Avery, Dooley, Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478

James C. Crowley, Jr., Esq.
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA  01608

Elton Watkins, III, Esq.
225 Essex Street
Lawrence, MA 01840

As evidence of the foregoing, attached is notification from the United States Postal Service for the notice given.

Signed under the penalties of perjury this 6th day of Oct, 2005.

_____
Stephen J. Delamere, Esq.,
BBO #561249
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072
(781) 297-0005

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James C Crowley, Jr. Esq
Fuller, Rosenberg,
Palmer & Beliveau LLP
340 Main St Ste 817
Worcester, MA 01608

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jacob H. Smith_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 9-30-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 7560 7265

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elton Watkins, III Esq
225 Essex St
Lawrence, MA
01840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Line Rogue_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☑ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 7560 7289

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Sullivan, Esq
90 Concord Ave
Belmont, MA
02478

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Patu Insley_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Patrick Insley   C. Date of Delivery: 9-29-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 7560 7272