UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>    Plaintiff | )<br>)<br>) |
| vs. | ) C.A. NO. 04 10797-GA0 |
| MARIE H. BISSELL and<br>KENNETH J. TILDEN,<br>    Defendants | )<br>)<br>)<br>) |

TO: James T. Sullivan, Esq.
    Avery, Dooley, Post & Avery, LLP
    90 Concord Avenue
    Belmont, MA 02478

    James C. Crowley, Jr., Esq.
    Fuller, Rosenberg, Palmer & Beliveau, LLP
    340 Main Street, Suite 817
    Worcester, MA 01608

    Elton Watkins, III, Esq.
    225 Essex Street
    Lawrence, MA 01840

Please be advised of our intention to introduce into evidence at the trial of the above referenced matter the following medical records and bills pursuant to M.G.L. Chapter 233, Section 79G, as amended.

    Brockton Regional MRI; Canton Ambulance Service; Robert Carne, D.C.; Richard S. Knight, M.D.; Caritas Norwood Hospital; Walter Panis, M.D.; Jay Portnow, M.D., Ph.D.; Radiology Associates of Norwood; South Shore Regional MRI; Sullivan Orthopedic Associates, Inc.; Wareham Spine & Rehabilitation, Inc.; Peter J. Dimatteo, M.D.

Plaintiff,

By his attorney,

_____
Stephen J. Delamere, Esq.
BBO #561249
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA  02072
(781) 297-0005

Dated:  September 28, 2005


CERTIFICATE OF SERVICE

I, Stephen J. Delamere, do hereby certify that on the above date, I served a copy of this document on the attorney of record for each party by certified mail.

_____
Stephen J. Delamere, Esq.