

**Bierhans, Delamere & Cohen, LLC**
Attorneys At Law

*Mailing Address*
294 Pleasant Street
Suite 204
Stoughton
Massachusetts 02072

t. 781.297.0005
f. 781.297.7427
www.bierlaw.com

*Chatham Office* - Kathleen E. Higgins - Of Counsel

October 21, 2005

**VIA ELECTRONIC DELIVERY**

Thomas Quinn, Clerk
United States District Court
1 Courthouse Way - Suite 2300
Boston, MA 02210

RE:  Uliano v. Tilden, et.al.
     United States District Court C.A. No. 04 10797 GAO

Dear Mr. Quinn:

I am writing to confirm that Counsel for one of the Parties is unavailable for the November 14, 2005 trial date. The Parties are available for December 12, 2005. Also, the case may be submitted to binding arbitration, although we have not yet confirmed this. In the event that the case is proceeding to binding arbitration, we will immediately notify your office.

Thank you for your attention to this matter.

Very truly yours,

Stephen J. Delamere

Enclosures
cc:  James Sullivan, Esq.
     James Crowley, Esq.
     Elton Watkins, III, Esq.