UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| MARK ULIANO,<br>    Plaintiff<br><br>vs.<br><br>MARIE H. BISSELL and<br>KENNETH J. TILDEN,<br>    Defendants | C.A. NO. 04 10797-GA0 |

**NOTICE OF STATUTORY ATTORNEY'S LIEN**

Now comes the undersigned, and pursuant to the provisions of M.G.L.A. 221 § 50 files herein it's notice of Attorney's Lien for fees.

Bruce A. Bierhans, Esq.
BBO#042630
Law Offices of Bruce A. Bierhans, LLC
294 Pleasant Street
Suite 204
Stoughton, MA  02072
781-297-0005 phone
781-297-7427 fax

Dated: 2/6/2006

CERTIFICATE OF SERVICE

I, Bruce A. Bierhans, hereby certify that I have mailed a copy of the foregoing document(s), postage prepaid, to:

James Crowley, Esq.
Fuller, Rosenberg, Palmer, Beliveau
340 Main Street, Suit 817
Worcester, MA  01608


James Sullivan, Esq.
90 Concord Avenue
Belmont, MA  02478

Elton Watkins III, Esq.
Societe de L'Assurance Automobile du Quebec
238 Essex Street, 2nd Floor
Lawrence, MA  01840

DATED: 2/6/2006

Bruce A. Bierhans, Esq.