UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>    Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04 10797 GAO<br>) |
| MARIE H. BISSEL and<br>KENNETH J. TILDEN,<br>    Defendants | )<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties in the above-entitled action hereby stipulate that said action be dismissed with prejudice and without interest or costs.

PLAINTIFF, MARK ULIANO

By his attorneys,

_____
Stephen J. Delamere (BBO #561249)
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072
(781) 297-0005

DEFENDANT, MARIE H. BISSEL

By her attorneys,

_____
James C. Crowley, Jr. (BBO #562664)
FULLER, ROSENBERG, PALMER &
  BELIVEAU, LLP
340 Main Street
Worcester, MA 01608
(508) 755-5225

DEFENDANT, KENNETH J. TILDEN

By his attorneys,

_____
Joseph M. Noone (BBO#559644)
James T. Sullivan (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

INTERVENOR, SOCIETE DE L'ASSURANCE
AUTOMOBILE DU QUEBEC

By its attorneys,

_____
Elton Watkins, III (BBO #517400)
238 Essex Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated: February 8, 2006

## CERTIFICATE OF SERVICE

     I, James T. Sullivan, hereby certify that I have this 8th day of February, 2006, forwarded the within ***Stipulation of Dismissal*** to all counsel of record by delivering a copy of same, first class mail, postage prepaid, to:

David M. Cohen, Esquire
Stephen J. Delamere, Esquire
BIERHANS, DELAMERE & COHEN, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072

James C. Crowley, Jr., Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU, LLP
340 Main Street
Worcester, MA 01608

Elton Watkins, III, Esquire
238 Essex Street, 2nd Floor
Lawrence, MA 01840

James T. Sullivan, Esquire (BBO#565700)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300