January 19, 2006

James C. Crowley, Jr., Esq.
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA  01608

Elton Watkins, III, Esq.
225 Essex Street
Lawrence, MA 01840


RE: Uliano v. Tilden, et. al.
    United States District Court C.A. No. 04 10797 GAO


Dear Jim:

  Enclosed please find the Stipulation of Dismissal.  Please sign and forward to Elton Watkins for signature, with instructions to forward to Jim Sullivan for signature and filing.

  Thank you for your attention to this matter.


                              Very truly yours,



                              Stephen J. Delamere

SJD/sjd
Enclosures

January 19, 2006

Mr. Mark T. Uliano
4035 Lanouette, Apartment 17
Verdun, Quebec, H4G1B5

RE:  <u>Uliano v. Bissell & Tilden</u>, U.S. District Court

Dear Mark:

    Enclosed is the first release in connection with your case. Please sign and immediately return to me in the enclosed envelope.

    Please call with any questions.

                                     Very truly yours,

                                     Stephen J. Delamere

SJD/sjd
Enclosures

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 1:04-CV-10797-GAO

MARK ULIANO,
    Plaintiff

vs.

MARIE H. BISSELL and
KENNETH J. TILDEN,
    Defendants

STIPULATION OF DISMISSAL

Now come the parties to the above-entitled action, and pursuant to the provision of Federal Rules of Civil Procedure 41(a), hereby stipulate that all claims in the above entitled action be dismissed, with prejudice and without costs.

Respectfully submitted,

The Plaintiff,
Mark Uliano,
By his attorneys

_____
Stephen J. Delamere, Esq.
BBO #561249
Bierhans, Delamere & Cohen, LLC
294 Pleasant Street, Suite 204
Stoughton, MA 02072
(781) 297-0005

| | |
|---|---|
| Defendant<br>Marie H. Bissell<br><br>By her attorneys | Defendant<br>Kenneth J. Tilden<br><br>By his attorneys |
| _____<br>James C. Crowley, Jr., Esq.<br>BBO #562664<br>Fuller, Rosenberg, Palmer<br>& Beliveau<br>340 Main Street, Suite 817<br>Worcester, MA 02178<br>(508) 756-3671 | _____<br>James T. Sullivan, Esq.<br>BBO #565700<br>Avery, Dooly, Post & Avery<br>90 Concord Avenue<br>Belmont, MA 02478<br>(617) 489-5300 |

Societe De L'Assurance
Automobile Du Quebec

By its attorneys,

_____
Elton Watkins, III, Esq.
238 Essex St
Street, 2nd Floor
Lawrence, MA 01840
(978) 686-9823

Dated:

2