UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| MARK ULIANO,<br>    Plaintiff<br><br>vs.<br><br>MARIE H. BISSELL and<br>KENNETH J. TILDEN,<br>    Defendants | C.A. NO. 04 10797-GAO |

### SUPPLEMENTARY AFFIDAVIT OF ATTORNEY BRUCE A. BIERHANS IN SUPPORT OF NOTICE OF ATTORNEY'S LIEN

I, Bruce A. Bierhans, under oath, herby depose and say the following:

1. Subsequent to the filing of my Affidavit on Friday morning, February 24, 2006, there were communications in the afternoon between my counsel, Attorney Stern, and counsel for Delamere & Cohen, Attorney Dwork.

2. As a result of those communications, I learned that settlement checks had not yet been received by Delamere & Cohen, LLC and that there were, in fact, no escrowed funds.

3. Based on those communications between counsel, it is my understanding that the parties have agreed, as follows:
    a. The two (2) settlement checks will require my endorsement on behalf of Bierhans, Delamere & Cohen, LLC. Delamere & Cohen, LLC and the client will also be payees;

1

FEB-27-2006 MON 11:18 AM BRUCE A BIERHANS PC          FAX NO. 7812977427                P. 02

    b.    When funds are received, the client, Mr. Uliano, will be paid immediately, less any funds due medical providers;

    c.    My firm will immediately be paid it's unreimbursed out of pocket expenses in the amount of $3,281.00;

    d.    The legal fees at issue shall be escrowed and held by Attorney Stern as escrow agent, subject to mutual agreement or Order of this Court.

4.    I believe that the issues that remain undecided are:

    a.    Whether or not an alleged referral fee is due to Attorney Glen Hannington;

    b.    The allocation of fees between Bierhans, Delamere & Cohen, LLC and Delamere & Cohen, LLC.

Signed under the penalties of perjury this 26 of February, 2006.

_____
Bruce A. Bierhans, Esq.

Feb 27 2006 10:06AM   BIERHANS,DELAMERE & COHEN   (508)349-0298   p.2