CASREF, CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10797-JGD

| | |
|---|---|
| Uliano v. Tilden et al | Date Filed: 04/21/2004 |
| Assigned to: Magistrate Judge Judith G. Dein | Jury Demand: Both |
| Demand: $999,000 | Nature of Suit: 350 Motor Vehicle |
| Cause: 28:1332 Diversity-Auto Negligence | Jurisdiction: Diversity |

**Intervenor Plaintiff**

**Societe De L'Assurance Automobile Du Quebec**　　represented by　**Elton Watkins, III**
225 Essex Street
Third Floor
Lawrence, MA 01840
978-686-9823
Fax: 978-686-9824
Email: ewatk33@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Uliano**　　represented by　**David M. Cohen**
Bierhans, Delamere & Cohen, LLC
Suite 204
294 Pleasant Street
Stoughton, MA 02072
781-297-0005
Fax: 781-297-7427
Email: david@bierlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Delamere**
Bierhans, Dalamer & Cohen, LLC
294 Pleasant Street
Suite 204
Stoughton, MA 02072
781-297-0005
Fax: 781-297-7427
Email: steve@bierlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Kenneth Tilden** | represented by | **James T. Sullivan**<br>Avery, Dooley, Post & Avery<br>90 Concord Ave.<br>Belmont, MA 02178-9107<br>617-489-5300<br>Fax: 617-489-0085<br>Email: jsullivan@averydooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph M. Noone**<br>Avery, Dooley, Post & Avery<br>90 Concord Avenue<br>Belmont, MA 02478<br>617-489-5300<br>Fax: 617-489-0085<br>Email: jnoone@averydooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert P. Turner**<br>Law Offices of Bruce R. Fox<br>27B Midstate Drive<br>Auburn, MA 01501-1896<br>866-290-7435<br>Fax: 508-832-5716<br>Email: robert.turner9@comcast.net<br>*TERMINATED: 09/17/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Marie H. Bissell** | represented by | **James C. Crowley, Jr.**<br>Fuller, Rosenberg, Palmer & Beliveau, LLP<br>340 Main Street<br>Suite 817<br>Worcester, MA 01608<br>508-756-3671<br>Fax: 508-756-7475<br>Email: jroy@frpb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

**Kenneth Tilden**

V.

**Cross Defendant**

**Marie H. Bissell**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 55435, filed by Mark Uliano.(Barrette, Mark) (Entered: 04/23/2004) |
| 04/21/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Barrette, Mark) (Entered: 04/23/2004) |
| 04/21/2004 | | Summons Issued as to Marie H. Bissell, Kenneth Tilden. (Barrette, Mark) (Entered: 04/23/2004) |
| 05/18/2004 | 2 | SUMMONS Returned Executed, Marie H. Bissell served on 4/30/2004, answer due 5/20/2004. (Barrette, Mark) (Entered: 05/24/2004) |
| 05/24/2004 | 3 | SUMMONS Returned Executed Kenneth Tilden served on 5/3/2004, answer due 5/24/2004. (Attachments: # 1 Proof of Service# 2 Proof of Service)(Barrette, Mark) (Entered: 05/24/2004) |
| 05/24/2004 | 4 | NOTICE of Appearance by Robert P. Turner on behalf of Kenneth Tilden (Barrette, Mark) (Entered: 05/28/2004) |
| 05/24/2004 | 5 | ANSWER to Complaint with Jury Demand, CROSSCLAIM against Marie H. Bissell by Kenneth Tilden.(Barrette, Mark) (Entered: 05/28/2004) |
| 06/04/2004 | 6 | NOTICE of Appearance by James C. Crowley Jr. on behalf of Marie H. Bissell (Barrette, Mark) (Entered: 06/09/2004) |
| 06/04/2004 | 7 | ANSWER to Complaint with Jury Demand by Marie H. Bissell.(Barrette, Mark) (Entered: 06/09/2004) |
| 09/16/2004 | 10 | Intervenor COMPLAINT , filed by Societe de l'assurance automobile du Quebec.(Barrette, Mark) (Entered: 09/23/2004) |
| 09/16/2004 | 11 | MOTION to Intervene Pursuant to F.R.C.P., Rule 24 by Societe de l'assurance automobile du Quebec.(Barrette, Mark) (Entered: 09/23/2004) |
| 09/16/2004 | 12 | MEMORANDUM in Support re 11 MOTION to Intervene filed by Societe de l'assurance automobile du Quebec. (Barrette, Mark) (Entered: 09/23/2004) |
| 09/17/2004 | 8 | NOTICE of Withdrawal of Appearance Attorney Robert P. Turner terminated. (Barrette, Mark) (Entered: 09/21/2004) |
| 09/17/2004 | 9 | NOTICE of Appearance by James T. Sullivan and Joseph M. Noone on behalf of Kenneth Tilden (Barrette, Mark) (Entered: 09/21/2004) |
| 09/24/2004 | 13 | NOTICE of Scheduling Conference Scheduling Conference set for 10/27/2004 02:00 PM in Courtroom 9 before George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 09/24/2004) |

| | | |
|---|---|---|
| 10/08/2004 | 14 | Supplemental Initial Disclosures pursuant ot F.R.C.P 26(a)(1) and L.R.26.2 by Kenneth Tilden.c/s(Edge, Eugenia) (Entered: 10/12/2004) |
| 10/27/2004 | 15 | JOINT STATEMENT re scheduling conference. (Lyness, Paul) (Entered: 10/28/2004) |
| 10/27/2004 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by Kenneth Tilden. (Lyness, Paul) (Entered: 10/28/2004) |
| 10/27/2004 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Scheduling Conference held on 10/27/2004, The Joint Statement submitted by counsel is adopted by the court. Motion to intervene 11 is ALLOWED. Motions terminated: 11 MOTION to Intervene filed by Societe de l'assurance automobile du Quebec. Status Conference set for 5/25/2005 02:00 PM in Courtroom 9 before George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/28/2004) |
| 12/07/2004 | 17 | NOTICE of Change of Address by Elton Watkins III (Edge, Eugenia) (Entered: 12/08/2004) |
| 01/03/2005 | 18 | Document disclosure: Second Supplemental disclosure pursuant to F.R.C.P.26(a)(1) and Local Rule 26.2. c/s by Kenneth Tilden.(Edge, Eugenia) (Entered: 01/06/2005) |
| 03/31/2005 | 19 | JOINT MOTION for Extension of Time to April 30, 2005 to Complete Discovery by Mark Uliano, Societe De L'Assurance Automobile Du Quebec, Kenneth Tilden, Marie H. Bissell.(Edge, Eugenia) (Entered: 04/04/2005) |
| 04/05/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 19 Motion for Extension of Time to Complete Discovery (Lyness, Paul) (Entered: 04/05/2005) |
| 05/25/2005 | 20 | CERTIFICATE OF CONSULTATION by James C. Crowley, Jr on behalf of Marie H. Bissell. c/s (Edge, Eugenia) (Entered: 05/25/2005) |
| 05/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Status Conference held on 5/25/2005. Final Pretrial Conference set for 9/29/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Selection set for 10/11/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 10/11/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 05/26/2005) |
| 08/04/2005 | 21 | Assented to MOTION for Extension of Time to September 1, 2005 to schedule a medical examination by Kenneth Tilden. c/s(Edge, Eugenia) (Entered: 08/04/2005) |
| 08/25/2005 | 22 | Document disclosure: Expert Disclosure Pursuant to F.R.C.P. 26(a)(2) by Kenneth Tilden. c/s (Attachments: # 1 Exhibits A and B)(Edge, Eugenia) (Entered: 08/26/2005) |
| 08/30/2005 | 23 | Assented to MOTION for Extension of Time to September 9, 2005 to |

| | | |
|---|---|---|
| | | disclose expert witnesses by Mark Uliano. (Edge, Eugenia) (Entered: 08/30/2005) |
| 09/01/2005 | 24 | AFFIDAVIT of Notice of intention to use medical reports as evidence of James C. Crowley, Jr. by Kenneth Tilden, Marie H. Bissell.c/s (Edge, Eugenia) (Entered: 09/02/2005) |
| 09/08/2005 | 25 | Exhibit and Witness List by Marie H. Bissell. c/s(Edge, Eugenia) (Entered: 09/09/2005) |
| 09/08/2005 | 26 | Proposed Document(s) submitted by Marie H. Bissell. Document received: Expert Witness Disclosure. c/s (Edge, Eugenia) (Entered: 09/09/2005) |
| 09/09/2005 | 27 | CERTIFICATION pursuant to Local Rule 16.1 by Mark Uliano. c/s (Edge, Eugenia) (Entered: 09/12/2005) |
| 09/09/2005 | 28 | Document disclosure: Expert Disclosure by Mark Uliano. c/s (Attachments: # 1 Exhibit A# 2 Exhibit B (contains medical information) (Edge, Eugenia) (Entered: 09/12/2005) |
| 09/27/2005 | 29 | JOINT MOTION to Continue Trial date to the week of November 14, 2005 by Mark Uliano, Societe De L'Assurance Automobile Du Quebec, Kenneth Tilden, Marie H. Bissell.(Edge, Eugenia) (Entered: 09/29/2005) |
| 09/29/2005 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Final Pretrial Conference held on 9/29/2005. Counsel are exploring the possibility of arbitration. The case is referred to Magistrate Judge Dein for trial. Jury Trial set for 11/14/2005 09:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. Please mark your calendars accordingly.(Court Reporter Lee Marzilli.) (Lyness, Paul) (Entered: 09/30/2005) |
| 09/29/2005 | 30 | AFFIDAVIT of James T. Sullivan.c/s (Edge, Eugenia) (Entered: 10/04/2005) |
| 10/06/2005 | | NOTICE OF RESCHEDULING Jury Selection set for 11/14/2005 09:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. Jury Trial set for 11/14/2005 09:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Lyness, Paul) (Entered: 10/06/2005) |
| 10/06/2005 | | CASE REFERRED to Magistrate Judge Judith G. Dein. (Edge, Eugenia) (Entered: 10/31/2005) |
| 10/07/2005 | 31 | AFFIDAVIT of Compliance of Stephen J. Delamere by Mark Uliano. c/s (Attachments: # 1 Intention to introduce into evidence)(Edge, Eugenia) (Entered: 10/11/2005) |
| 10/11/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 21 & 23 Assented To Motions for Extension of Time. (Dambrosio, Jolyne) (Entered: 10/11/2005) |
| 10/20/2005 | 33 | CONSENT to Jurisdiction by US Magistrate Judge by Mark Uliano, Societe De L'Assurance Automobile Du Quebec, Kenneth Tilden, Marie |

| | | |
|---|---|---|
| | | H. Bissell.. (Edge, Eugenia) (Entered: 10/25/2005) |
| 10/21/2005 | 32 | Letter/request (non-motion) from Stephen J. Delamere, Esq.. (Delamere, Stephen) (Entered: 10/21/2005) |
| 10/21/2005 | | Judge Judith G. Dein : ElectronicORDER entered regarding 29 Joint Motion to Continue Trial Date. The parties are to notify the court by 11/30/05 as to whether this matter is going to binding arbitration. A new trial date will be set at that time if necessary. At this point, the court is not available on 12/12/05. (Dambrosio, Jolyne) (Entered: 10/21/2005) |
| 02/07/2006 | 34 | NOTICE of Statutory Attorney's Lien filed be Atty. Bruce A. Bierhans, firm representing Plaintiff. c/s (Edge, Eugenia) (Entered: 02/10/2006) |
| 02/13/2006 | 35 | STIPULATION of Dismissal by Mark Uliano. (Lyness, Paul) (Entered: 02/13/2006) |
| 02/24/2006 | 36 | AFFIDAVIT of Attorney Bruce A. Bierhans by Mark Uliano. (Attachments: # 1 Exhibit A-Correspondence to Independence Bank# 2 Exhibit B-Correspondence to Attorney Rhodes# 3 Exhibit C-Email from Bruce Bierhans to Stephen Delamere# 4 Exhibit D- Correspondence to Donna Dias# 5 Exhibit E-Correspondence to Amy Widergren# 6 Exhibit F- Mass Dispute Resolution Letter# 7 Exhibit G- Correspondence to James Crowley)(Bierhans, Bruce) Additional attachment(s) added on 3/2/2006 (Edge, Eugenia). (Entered: 02/24/2006) |
| 02/27/2006 | 37 | Supplementary AFFIDAVIT of Attorney Bruce A. Bierhans by Mark Uliano. (Bierhans, Bruce) Modified on 3/2/2006 (Edge, Eugenia). (Entered: 02/27/2006) |
| 03/01/2006 | | Judge Judith G. Dein : Electronic ORDER entered. Case is closed pursuant to the Stipulation of Dismissal filed on February 13, 2006. If further court involvement is necessary, a motion to reopen must be filed after compliance with Local Rule 7.1.(Dambrosio, Jolyne) (Entered: 03/01/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/07/2006 09:54:20 | | | |
| PACER Login: | bd0960 | Client Code: | Uliano |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10797-JGD |
| Billable Pages: | 3 | Cost: | 0.24 |