UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO, <br>     Plaintiff <br><br> vs. <br><br> MARIE H. BISSELL and <br> KENNETH J. TILDEN, <br>     Defendants | C.A. NO. 04 10797-GA0 |

**MOTION TO ASSESS ATTORNEYS FEES**

    Now comes Bruce A. Bierhans, Esq., managing partner of Bierhans, Delamere & Cohen, LLC, and in accordance with the provisions of M.G.L.A. 221 § 50 moves herein that this Honorable Court make an award of Attorneys fees to the firm and that the petitioner be awarded its costs in pursuit of this Motion.

    In support of the within Motion, the undersigned incorporates the following documents by reference:

    a.   Affidavit of Bruce A. Bierhans in Support of Notice of Attorneys Lien (previously filed);

    b.   Supplementary Affidavit of Bruce A. Bierhans (previously filed);

    c.   Motion to Reopen Case, filed herewith;

    d.    <u>Rule 7.1 (A)(2) Certification.</u>

                                          Bruce A. Bierhans, Esq.
                                          BBO#042630
                                          Bierhans, Delamere &
                                          Cohen, LLC
                                          294 Pleasant Street
                                          Suite 204
                                          Stoughton, MA  02072
                                          781-297-0005 phone
                                          781-297-7427 fax

Dated: 3/7/2006

### Certificate of Service

    I, Bruce A. Bierhans, Esq., do hereby certify that on the above date I caused the within document to be served upon the Defendant's, mailing a copy of same, first class mail, postage prepaid, to of record for all parties.

_____
Bruce A. Bierhans