MAR-07-2006 TUE 11:16 AM BRUCE A BIERHANS PC    FAX NO. 7812977427    P. 02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| MARK ULIANO,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | ) C.A. NO. 04 10797-GAO<br>) |
| MARIE H. BISSELL and<br>KENNETH J. TILDEN,<br>    Defendants | )<br>)<br>)<br>) |

## COUNSEL'S RULE 7.1 (A)(2) CERTIFICATION

Now comes the undersigned and, certifies herein, that he has conferred with Attorney Stephen Delamere regarding the potential settlement of this matter, and has been unable, in good faith, to resolve the issues referenced therein.

Bruce A. Bierhans, Esq.
BBO#042630
Bierhans, Delamere & Cohen, LLC
294 Pleasant Street
Suite 204
Stoughton, MA 02072
781-297-0005 phone
781-297-7427 fax

Dated: 3/4/2006

Mar 07 2006 9:56AM   BIERHANS, DELAMERE & COHEN   (508) 349-0298   p.1

## Certificate of Service

I, Bruce A. Bierhans, Esq., do hereby certify that on the above date I caused the within document to be served upon the Defendant's, mailing a copy of same, first class mail, postage prepaid, to counsel of record for all parties.

_____
Bruce A. Bierhans