UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
_____
                            )
MARK ULIANO,                )
     Plaintiff              )
                            )
vs.                         )    C.A. NO. 04 10797-GAO
                            )
MARIE H. BISSELL and        )
KENNETH J. TILDEN,          )
     Defendants             )
_____)
```

**WITHDRAWAL OF MOTION TO REOPEN**

Now comes Petitioner, Attorney Bruce A. Bierhans, on behalf of Bierhans, Delamere, & Cohen, LLC and herein withdraws its Motion to Reopen.

AS GROUNDS THEREFORE, Petitioner states that the parties have settled the attorney's fee dispute at issue in this matter.

/s/ Bruce A. Bierhans

Bruce A. Bierhans, Esq.
BBO#042630
294 Pleasant Street
Suite 204
Stoughton, MA  02072
781-297-0005 phone
781-297-7427 fax
Bruce@bierlaw.com

Dated: March 21, 2006

## Certificate of Service

    I, Bruce A. Bierhans, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Bruce A. Bierhans_____

Bruce A. Bierhans, Esq.